Bobbie Price, Homeowner
1847 Quintearo street
Las Vegas, Nevada [89115]
Telephone: 702-204-2508
(*pro se*) Plaintiff

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 0 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEVADA

**2:20-cv-01942-APG-NJK**

**BOBBIE PRICE**

*Plaintiff,*

vs.

**HOA COLLECTIONS LLC**

*Defendant.*

THE HONORABLE JUDGE,

**VIOLATION FDCPA TITLE 15 SECTION 1692, TITLE 18 SECTION 1964 (C) RICO**

TRIAL BY JURY DEMANDED;

Comes now Bobbie Price to complain about defendants unlawful actions.   This court has jurisdiction as the offense occurred in Nevada. Defendant is in violation of Title 15 Section 1692 as defendant sent a letter to plaintiff demanding some kind of payment that I do not owe, nor has plaintiff ever contracted with defendant, see EXHIBIT "A". Plaintiff demands that Defendant cease and desist any further collection activity, attempt to foreclose, attempt to take my home, and to dismiss this debt in its entirety and to remove any bad reporting to credit agencies.  The Defendant has

BP. 10-18-20

violated "RICO" by threatening to take my primary home as a corporation for profit when Defendant does not have lawful authority to do so.

**WHEREFORE**; Plaintiff moves this Honorable Court for an ORDER;

1. Provide a ORDER preventing the Defendant from any attempt to foreclose or take my Home.
2. Order the Defendant to remove all bad credit from reporting agencies.
3. To Cease and desist any further collection action.
4. Any other relief that the court deems justifiable.

Dated:  October 18, 2020

*[signature]*

BOBBIE PRICE

Submitted by;
Bobbie Price, Homeowner
1847 Quintearo street
Las Vegas, Nevada  [89115]
Telephone: 702-204-2508
(*pro se*) Plaintiff

Certificate of Service, served to front desk attendant at;

HOA Collections
6375 s. Pecos
Las Vegas NV 89120
702-212-5000



EXHIBIT "A"

**HOA COLLECTIONS LLC**

(702) 212.5000  |  6375 S. Pecos Rd. #214 Las Vegas, NV 89120  |  www.CollectHOA.com

October 5, 2020

BRADLEY BAILEY AND BOBBIE PRICE AND CLARK COUNTY TREASURER, AS THEIR INTEREST MAY APPEAR
1008 E PUTNAM AVE
NORTH LAS VEGAS, NV 89030

RE:   RANCHO SAN JUAN HOMEOWNERS ASSOCIATION-
        H-18790/BAILEY & TREASURER - 1847 Quintearo Street

Dear Sir/Ma'am:

In regards to the above mentioned file, payment has not been made. This file is SERIOUSLY DELINQUENT.

There are additional charges to be included. Enclosed please find a complete breakdown of fees and cost. **BALANCE DUE THROUGH October 20, 2020 $20,329.53.**

It is imperative you contact this office on or before October 20, 2020, 5:00 p.m.. We have been instructed to proceed with the Posting and Publication of the Notice of Sale by RANCHO SAN JUAN HOMEOWNERS ASSOCIATION, if this matter is not resolved.

If you have any questions please don't hesitate to contact this office.

Sincerely,


Jennifer Kubiak
Financial Trustee Officer

enclosure (s)

cc:   RANCHO SAN JUAN HOMEOWNERS ASSOCIATION
        Jonathan Kelly, Community Manager

THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THIS DEBT.

If you have filed for bankruptcy protection, we are not attempting to collect amounts that have been discharged or in any way avoid the structures of the bankruptcy protection afforded you.

BP 10-18-20