# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBIE PRICE,<br>      Plaintiff,<br>v.<br>HOA COLLECTIONS, LLC,<br>      Defendant. | Case No.: 2:20-cv-01942-APG-NJK<br>**ORDER**<br>[Docket No. 8] |

Pending before the Court is Plaintiff Bobbie Price's motion to extend the deadline to file an amended complaint. Docket No. 8. The Court has considered Plaintiff's motion and Defendant's response. Docket Nos. 8, 9. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

On October 30, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend for failure to state a claim upon which relief can be granted. Docket No. 6. The Court ordered Plaintiff to file an amended complaint no later than November 30, 2020. *Id.* at 3. The Court cautioned Plaintiff that failure to comply with the Court's order would result in a recommendation to the district judge that this case be dismissed. *Id.* at 4. On November 27, 2020, Plaintiff filed the instant motion requesting an extension of thirty days to file an amended complaint. Docket No. 8.

A request to extend the deadline to file a pleading must be supported by good cause. Fed. R. Civ. P. 6(b)(1). Here, Plaintiff submits that good cause for the requested extension exists because the case may be resolved without judicial intervention. Docket No. 8 at 1–3. Specifically, Plaintiff submits that she has been in contact with Defendant and that a mutual agreement disposing of this case is likely. *Id.* Additionally, Plaintiff asks the Court to issue an order preventing Defendant from both foreclosing her property and pursuing a collection action while the case is pending. *Id.* at 3–4.

In response, Defendant submits that no settlement discussions have occurred. Docket No. 9 at 3; Docket No. 9-1. Defendant further submits that the instant motion is actually a request for injunctive relief. Docket No. 9 at 4–5.

For good cause shown, the Court will grant Plaintiff's request for an extension of time to file an amended complaint. To the extent Plaintiff requests injunctive relief, she must make that request in a separate motion.[1] *See* Local Rule IC 2-2(b) ("For each type of relief requested or purpose of the document, a separate document must be filed[.]").

Accordingly, Plaintiff's motion to extend the deadline to file an amended complaint is hereby **GRANTED**. Docket No. 8. Plaintiff must file an amended complaint no later than January 8, 2021. Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed. No further extensions will be granted.

IT IS SO ORDERED.

Dated: December 9, 2020

                                                  Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to the merits of any injunctive relief request.

2