# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBIE PRICE,<br><br>　　　　Plaintiff<br><br>v.<br><br>HOA COLLECTIONS, LLC, et al.,<br><br>　　　　Defendants | Case No.: 2:20-cv-01942-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case Without Prejudice**<br><br>[ECF Nos. 12, 14] |

　　　　On January 12, 2021, Magistrate Judge Koppe recommended that I dismiss plaintiff Bobbie Price's amended complaint for lack of subject matter jurisdiction, without prejudice to Price seeking relief in state court. ECF No. 14. Price did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 14) is accepted**. Because the court lacks subject matter jurisdiction, plaintiff Bobbie Price's amended complaint (ECF No. 11) is DISMISSED, without prejudice to the plaintiff seeking relief in state court. Defendant HOA Collections LLC's motion to dismiss **(ECF No. 12) is DENIED as moot**. The clerk of court is instructed to close this case.

　　　　DATED this 29th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE